O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7051 AHM (AJWx) | Date | October 29, 2009 |
|---|---|---|---|
| Title | ANTONIO P. POSA, *et al.* v. QUALITY LOAN SERVICE CORP., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

　　　The Court has reviewed the response by Defendants to the Order to Show Cause. For good cause shown, the Court hereby DISCHARGES its October 27, 2009 Order to Show Cause.[1]

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

---

[1] Docket No. 12.