O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7051 AHM (AJWx) | Date | January 11, 2010 |
|---|---|---|---|
| Title | ANTONIO POSA, *et al.* v. QUALITY LOAN SERVICE CORP., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On August 24, 2009, Plaintiffs Antonio P. Posa and Luna C. Posa (collectively, "Plaintiffs") filed this action against Defendants Quality Loan Service Corp. ("Quality"), AMB LLC ("AMB"), Saxon Mortgage Services Inc. ("Saxon"), and Bank of New York Mellon ("BONY"). Plaintiffs' claims arise out of a mortgage loan transaction with AMB for an adjustable rate mortgage that closed on April 20, 2006. *See* FAC ¶ 12; Defendants Saxon and BONY's Request for Judicial Notice in Support of their Motion to Dismiss, Exh. 1.

On October 5, 2009, Defendants Saxon and BONY filed a motion to dismiss Plaintiffs' complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6) and a motion to expunge the *lis pendens* on the subject property. Plaintiffs failed to oppose the motions, and on October 26, 2009, the Court granted Defendants' Motion to Dismiss but denied without prejudice its Motion to Expunge *Lis Pendens*. *See* Docket No. 15. On November 23, 2009, Plaintiffs filed a First Amended Complaint ("FAC").

At the scheduling conference held on December 21, 2009, the Court ordered Plaintiffs to show cause in writing by not later than January 4, 2010 why Defendants Quality and AMB should not be dismissed for lack of prosecution. *See* Docket No. 31 (minutes of scheduling conference). Plaintiffs have not filed a response to the Court's Order. Accordingly, Defendants Quality and AMB are dismissed without prejudice.

Defendants Saxon and BONY have moved to dismiss the FAC and expunge the *lis pendens*. Plaintiffs have again failed to oppose the motions. "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Local Rule 7–12. In addition, the motion appears

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7051 AHM (AJWx) | Date | January 11, 2010 |
|---|---|---|---|
| Title | ANTONIO POSA, *et al.* v. QUALITY LOAN SERVICE CORP., *et al.* | | |

meritorious on its face. Accordingly, for the reasons set forth below, the Court GRANTS Defendants Saxon and BONY's Motion to Dismiss, without prejudice and without leave to amend.[1]

Plaintiffs' first and second claims—for violations of the Truth in Lending Act and the Real Estate Settlement Practices Act—are barred by the applicable statute of limitations. *See* 15 U.S.C. § 1635(f) and 1640(e); 12 U.S.C. § 2614. Accordingly, these claims are dismissed with prejudice. Plaintiffs' fourth claim for breach of contract fails because Plaintiffs have not alleged facts that, if true, could support a claim for breach of contract. Plaintiffs' fifth claim for breach of the covenant of good faith and fair dealing fails to adequately assert any allegations that establish a breach of the implied covenant against Saxon or BONY. Plaintiffs' sixth claim fails because, as Saxon and BONY set forth in their moving papers, neither section 2923.5 nor section 2923.6 of the California Civil Code appears to create a private right of action. Accordingly, this claim is dismissed with prejudice. Plaintiffs' fourth, seventh, eighth and ninth claims (for violations of Cal. Bus. & Prof. Code §§ 17200 and 17500 *et seq.*; for injunctive relief; to set aside trustee's sale, and for declaratory relief) are wholly conclusory and otherwise deficient as set forth in Defendant Saxon and BONY's Motion. Moreover, they depend upon the underlying violations of law alleged elsewhere in the FAC. Because these underlying claims are not adequately pled, Plaintiff's fourth, seventh, eighth and ninth claims, too, must fail.

Because Plaintiffs have "not established by a preponderance of the evidence the probable validity of [their] real property claim," the Court GRANTS Defendant Saxon and BONY's Motion to Expunge *Lis Pendens*, without leave to amend. Cal. Code Civ. Proc. § 405.32.

The Clerk is directed to close this case and remove it from the Court's calendar.

This Order is not intended for publication or for inclusion in the databases of Westlaw or LEXIS.

---

[1] Docket No. 26.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7051 AHM (AJWx) | Date | January 11, 2010 |
|---|---|---|---|
| Title | ANTONIO POSA, *et al.* v. QUALITY LOAN SERVICE CORP., *et al.* | | |

| | : | |
|---|---|---|
| | Initials of Preparer | SMO |

**JS-6**