O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-07051-AHM (AJWx) | Date | January 11, 2010 |
|---|---|---|---|
| Title | ANTONIO P.POSA, et al. v. QUALITY LOAN SERVICE CORP., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark E. Goodfriend | David L. Chaffin |

**Proceedings:**  MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [26] (non-evidentiary)

Court circulates tentative order and hears oral argument. For reasons stated on the record, the Court grants defendants' motion to dismiss. Order to issue.

|  | : | 04 |
|---|---|---|
| Initials of Preparer | | SMO |